**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Khedry-Kiyarsi v. Warden, Otay Mesa Detention Center**        Case Number: **26-cv-00895-CAB-AHG**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape:  N/A

Pursuant to the representation by Petitioner's counsel in Case No. 3:26-cv-00623-CAB-AHG, [Doc. No. 6], Petitioner elects to proceed with his petition in that case.  The Court thus DISMISSES this case.  The Clerk of the Court shall close this case.

 Date:  March 2, 2026                                                        Initials:  MS